**FILED**
APR 23 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Clinton Moorman, )
)
Plaintiff, )
)
v. ) Civil Action No. 12 0632
)
Ciba-Geigy Corp., )
)
Defendant. )
)

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff is a resident of Orlando, Florida, suing a corporation. The complaint consists mostly of incoherent scribble and disjointed phrases, but plaintiff accuses defendant of attempted murder, "conspiracy to racial [sic] profile, discriminate and defraud me of my civil rights," invasion of privacy, and numerous other misdeeds. Compl. at 15-16. The complaint is devoid of supporting facts and, therefore, fails to provide adequate notice of a claim. Furthermore, the basis of federal court jurisdiction is neither stated nor discerned. A separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: April __, 2012